## TERRITORY OF HAWAII, BY THE PUBLIC UTILITIES COMMISSION OF THE TERRITORY OF HAWAII, *v.* FRANK A. FUNG, ALSO KNOWN AS FRANK AMANA, TRUSTEE FOR THE CHECKER CAB COMPANY OF HAWAII.

No. 2325.

SUBMITTED JANUARY 29, 1937.        DECIDED FEBRUARY 9, 1937.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.* The questions of law presented by the appeal in this case are the same as those presented by the interlocutory appeal in case No. 2302 had by the petitioner-appellee, heretofore decided by this court, as appears by its opinion rendered on December 23, 1936.

Upon authority of the foregoing opinion of the court in said case No. 2302, the decree appealed from is affirmed.

*J. Wiig,* Deputy Attorney General, for petitioner.

*E. R. McGhee* for respondent.